# EXHIBIT 23

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GC2 INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 16-cv-8794 |
| | ) | |
| vs. | ) | Judge Matthew F. Kennelly |
| | ) | |
| INTERNATIONAL GAME | ) | Magistrate Judge Mary W. Rowland |
| TECHNOLOGY PLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Affidavit of Todd Price**

I, the undersigned, do hereby swear, certify, and affirm that:

1. I am over the age of 18 and am not a party to this action. All foregoing facts are based on my personal knowledge, which I would be willing to testify competently to if called as a witness at trial.

2. I am the Chief Technology Officer at Page Vault Inc., located at 218 N Jefferson, Suite 200L, Chicago, Illinois, 60661. I have been so employed since March 2013.

3. Page Vault is a cloud-based service that enables Users to control a remote, cloud-based browser to make captures of webpages.

4. Users first establish a connection from their computer to the Page Vault Capturing Server (PVCS). This connection uses the Remote Desktop Protocol (RDP), which provides a graphical user interface to connect to another computer over a network connection. RDP connections operate over an encrypted channel. RDP allows the User to remotely control the Page Vault Browser (PVB) software that is installed on the PVCS.

5. The PVB is a proprietary browser that utilizes Microsoft's Trident rendering engine or Google Chrome's browser engine. The PVB restricts the user from modifying the webpage, accessing or modifying the webpage's source code, installing browser plugins, or otherwise altering the contents of the webpage or the internet traffic between Web Servers (WS) and the PVCS.

6. As the User controls the PVB, the PVCS establishes an active web browsing session with various WS.

7. Remotely controlling the PVB, Users can cause the PVCS to create Captures of webpages locally to the PVCS. Captures include the way the webpage looked in the PVB along with associated metadata. Captures are digitally signed and hashed.

8. Page Vault securely stores these Captures on Page Vault's Servers (PVS).

9. Users can access, review, and download the Captures by logging into the Page Vault Portal (PVP) website. The PVP uses the HTTPS protocol, which secures communication over a computer network. Users must enter their password to log into the PVP.

10. Attached hereto are true and accurate copies of Captures for the URLs and the dates specified on the first page of each capture.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Executed this* 3rd *day of* May , 2017 *at* Prairie Grove , Illinois.

_____      _____5/3/2017_____
Todd Price                                                          Date

# EXHIBIT 23-a

PAGE VAULT

| | |
|---|---|
| Document title: | Contact Us |
| Capture URL: | https://www.igt.com/explore-igt/about-igt/contact-us |
| Captured site IP: | 54.69.29.77 |
| Page loaded at (UTC): | Thu, 10 Nov 2016 19:54:38 GMT |
| Capture timestamp (UTC): | Thu, 10 Nov 2016 19:54:54 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 54.175.14.236 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/296948 |
| User: | ghg-kara |



PRODUCTS AND SERVICES     EXPLORE IGT     SUPPORT     LOGIN     Q

Explore IGT  >  About IGT  >  Contact Us

# Contact Us



Looking for information about industry trends and other aspects of our business? Complete the contact form below with your comments or questions.

International Game Technology PLC
Registered office: Marble Arch House, 66 Seymour Street, Second Floor, London W1H 5BT
Registered in England and Wales with company number 9127533
www.IGT.com
T: +44 (0) 207 535 3200
F: +44 (0) 207 535 3250

| First Name | | * |
|---|---|---|
| Last Name | | * |
| Email | | * |
| Company | | * |
| Phone Number | | * |
| Comments | | |

**Contact Us**

## You Might Also Like

PRODUCTS AND SERVICES    EXPLORE IGT    SUPPORT    LOGIN    |    Q

Explore IGT  >  About IGT  >  Contact Us

Last Name

| Email | | * |
| Company | | * |
| Phone Number | | * |
| Comments | | |

**Contact Us**

## You Might Also Like



**Find Jobs**

☐ Find an open position near you and join the global leader in gaming.



**Investor Relations**

☐ Learn more about the leader in gaming.



**News**

☐ Committed to responsible gaming, community activism and limiting our environmental footprint.

# Global Responsibility

IGT is committed to operating its business with the goal of creating value for all our stakeholders. Our sustainability strategy focuses on social, environmental, and economic responsibility.

Privacy Notice    Terms of Use    Trademarks

  

© 2016 IGT Global Solutions Corporation. All rights reserved. The trademarks and/or service marks used herein are either trademarks or registered trademarks of IGT, its affiliates or its licensors in the U.S. and/or other countries.



# EXHIBIT 23-b

PAGEV⊕ULT

| | |
|---|---|
| Document title: | Privacy Notice |
| Capture URL: | https://www.igt.com/en/privacy-notice |
| Captured site IP: | 54.69.29.77 |
| Page loaded at (UTC): | Thu, 10 Nov 2016 19:52:30 GMT |
| Capture timestamp (UTC): | Thu, 10 Nov 2016 19:53:26 GMT |
| Capture tool: | v4.4.4 |
| Page Vault server IP: | 54.175.14.236 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 6 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/296941 |
| User: | ghg-kara |

**IGT** ™

PRODUCTS AND SERVICES     EXPLORE IGT     SUPPORT     LOGIN    |    🔍

Privacy Notice

# Privacy Notice



The effective date of this Privacy Notice is September 1, 2015

## Our commitment to you

As a world's leading end-to-end gaming company, International Game Technology, PLC and its subsidiaries ("IGT") is committed to data privacy, and we recognize the responsibility we have to protect the privacy rights of all individuals whose personal information is within our custody and management in accordance with applicable data protection laws and regulations.

As used in this Privacy Notice, terms such as "we" or "our" or "us" refer to IGT and its current and future subsidiaries.

The term "personal information" used throughout this policy means any information relating directly or indirectly to a specific individual. Personal Information includes, among other information, an individual's name, postal address, email address, telephone number, and credential information. Please note that although personal information is used throughout this document, "personal data" would have the same meaning and as such could replace the term "personal information".

We may revise this Privacy Notice from time to time as we deem appropriate consistent with the principles described in this notice, our commitment to you, our evolving business needs, or changes in applicable laws or regulations. Please check this Privacy Notice frequently to ensure that you are in agreement with any change.

## The purpose and applicability of this Privacy Notice

The purpose of this Privacy Notice is to describe how we handle your personal information as well as other information received through the igt.com website and we encourage you to read this Privacy Notice carefully before using this website. This Privacy Notice, along with the website Terms and Conditions, describe the conditions of use under which we offer you access to our services. By using our services you signify your agreement to this Privacy Notice.

This Privacy Notice does not apply to information collected through others means such as telephone or in person.

This website may contain links to other websites. We are not responsible for the security, privacy practices, or the content of such websites. Once you leave this website, using any of these links, the privacy practices mentioned in this notice do not apply and we invite you to examine the privacy statements and the Terms and Conditions that govern the other websites.

## Information we collect about you

This website includes webpages asking you to provide us with your personal information in order to respond to your request for services or information. You do not have to provide us with your personal information; however, we may limit your ability to use or to request certain services



PRODUCTS AND SERVICES     EXPLORE IGT     SUPPORT     LOGIN  |  🔍

Privacy Notice

This website includes webpages asking you to provide us with your personal information in order to respond to your request for services or information. You do not have to provide us with your personal information; however, we may limit your ability to use or to request certain services or information.

We will not intentionally collect personal information that is not relevant to the uses stated in this notice.

## Personal information

We collect your first and last names, email address, company, phone number, and your comments under the Contact Us webpage in order to answer your request. We also collect your email address under the Investor Relations webpage to provide you with email alerts.

We collect your login credentials (email address or username and password) under the Gaming Support webpage if you have an account with us and login into it. Please note that such accounts are intended solely for IGT customers and employees - those in the gaming industry who work directly with IGT. When registering for a member account, we may collect among other information:

- Your company including country, region, city and name
- Your contact information including first, middle and last names, title and job title, department, landline, mobile phone and fax numbers
- A quality password and the reason for access from a drop list

Please note that other third party websites may collect your personal information when you apply for and submit a job application and when you request gaming support. The privacy practices mentioned in this notice do not apply and we invite you to examine the privacy statements and the Terms and Conditions that govern the other websites.

## Information from web technologies

We use other web technologies, which may include "Cookies" and other web technologies to gather information that also help us understand how you use our website. A cookie is a small text file composed of letters and numbers that is stored on your computing device. A cookie may be persistent in order to keep your profile and preferences or may expire at the end of a web session. In particular, we use non-persistent cookies which expire at the end of the browser session to determine your usage of this website. We track activities of our logged-in account members. We may also use click events on certain graphics and data attributes.

Your computer devices may allow you to disable cookies and similar web artifacts by setting your browser preferences at any time; however, we may require the use of these web technologies to enable us for instance to establish the connection between your device and this website or to personalize and improve your experience and the site navigation.

## Information from monitoring tools

We use the default capabilities of your browser as well as those used by Google Analytics and New Relic monitoring tools to collect anonymous information about your usage of this website. By visiting this website, we will automatically gather and store the following information including, but not limited to the following:

- Internet Protocol ("IP") address and domain name of the device you are using when browsing this website. The IP address is a dynamic or static numerical identifier assigned either to an Internet Service Provider ("ISP") or directly to a person's computer

Document title: Privacy Notice
Capture URL: https://www.igt.com/en/privacy-notice
Capture timestamp (UTC): Thu, 10 Nov 2016 19:53:26 GMT



PRODUCTS AND SERVICES     EXPLORE IGT     SUPPORT     LOGIN     |     Q

Privacy Notice

- Internet Protocol ("IP") address and domain name of the device you are using when browsing this website. The IP address is a dynamic or static numerical identifier assigned either to an Internet Service Provider ("ISP") or directly to a person's computer

- Type of browser and operating system you are using

- Date and time of your visit on this website

- Webpages or services accessed at this website

Google Analytics and New Relic record visitor traffic but does honor your browser cookie blocking setting.

## How we use information we collect about you

We may use your information for purposes such as:

- To respond and/or follow up on your request

- To alert you with news releases when you subscribe

- To create your member account and provide you with gaming support

- To improve your website experience and customize our services we provide to you

- To comply with applicable laws and regulations or to respond to a public authority request

- To protect our rights or the integrity of this website

We may also de-identify, combine, or aggregate any of the information we collect for analyzing usage statistics and trends.

We will not use your personal information for purposes that are incompatible with the purposes for which we originally received your information without your express consent.

We will retain your information only as long as you are a registered member of this website or use our services and as necessary for us to comply with a public authority, resolve disputes, troubleshoot problems, and as otherwise reasonably necessary for our business purposes including but not limited to compliance with all applicable laws and regulations.

## With who we may share information about you

We will not sell or lease your personal information to third parties without your consent.

We may disclose your information to IGT affiliates as well as NTT Data, (add)ventures, and Masterminds who work on our behalf and have agreed to adhere to the rules set forth in this Privacy Notice. We may also disclose your information to other business partners such as NASDAQ.

We may disclose your information to other entities in the event IGT goes through a business transition, such as a merger, acquisition, or sale of all or a portion of our assets, as your personal information might be among the assets transferred.

We may also disclose your information when we believe in good faith that disclosure is necessary to protect our rights or the integrity of the website, prevent harm to other visitors or protect your safety, investigate fraud or breaches of a contract or a law, or respond to a legal process or a request from a public authority.

Document title: Privacy Notice
Capture URL: https://www.igt.com/en/privacy-notice
Capture timestamp (UTC): Thu, 10 Nov 2016 19:53:26 GMT



PRODUCTS AND SERVICES    EXPLORE IGT    SUPPORT    LOGIN    |    Q

Privacy Notice

website, prevent harm to other visitors or protect your safety, investigate fraud or breaches of a contract or a law, or respond to a legal process or a request from a public authority.

We may store your information in our facilities such as but not limited to Reno for support activities as well as on Amazon Web Services located in Portland, Oregon, U.S.A and Dublin, Ireland to facilitate your connectivity by accessing our services from multiple devices, anytime, anywhere.

Please note that when you are visiting this website from a country other than the country in which our servers are located, the exchange of information between your location and this website will necessarily result in a cross border transfer of that information. By visiting and providing information to this website, you consent to the processing and transfer of your data across international boundaries.

## How do we protect your information

We have reasonable and customary security measures in place to protect against unauthorized access, use, and disclosure of your personal information. As an example of such measures, we restrict access to personal information on a need to know basis.

To protect the confidentiality, integrity, availability of your personal information in our custody, we maintain physical, logical, and procedural safeguards in compliance with internationally recognized standards and other industry based security best practices. As part of these best practices, we are reviewing our privacy policies on a regular basis to ensure our compliance with data protection laws and regulations of the jurisdictions in which we do business.

As an example of such compliance, our U.S. entity, IGT Global Solution Corporation, abides by the voluntary Safe Harbor Principles managed by the U.S. Department of Commerce for the collection, use, and retention of personal information from countries in the European Economic Area ("EEA") and Switzerland. To learn more about the U.S. Department of Commerce Safe Harbor Program and view our certification, please visit http://export.gov/safeharbor/index.asp.

## What can you do about the information that we collect and handle

First and foremost, you need to agree with the terms as set forth in this Privacy Notice along with our Terms and Conditions.

Within reasonable limits on expenses and frequency requests, we will allow you to view or get a copy of the information we are holding about you, or request changes to correct any information we are holding about you that you believe is inaccurate or incomplete.

You may submit your request in writing to; email or call us at the postal or electronic addresses or phone number as indicated in this Privacy Notice. We will promptly correct any incomplete or inaccurate information or in the event your request was denied, communicate the reason for the denial and generate a written record of that request and the reason(s) for denial.

If you choose not to agree with these terms or you choose to cease your membership at a later time, we may limit your ability to receive certain services or information.

## How you can contact us

If you have any concern about this Privacy Notice or our privacy practices, please contact us:

Document title: Privacy Notice
Capture URL: https://www.igt.com/en/privacy-notice
Capture timestamp (UTC): Thu, 10 Nov 2016 19:53:26 GMT



PRODUCTS AND SERVICES    EXPLORE IGT    SUPPORT    LOGIN   |   Q

Privacy Notice

Within reasonable limits on expenses and frequency requests, we will allow you to view or get a copy of the information we are holding about you, or request changes to correct any information we are holding about you that you believe is inaccurate or incomplete.

You may submit your request in writing to; email or call us at the postal or electronic addresses or phone number as indicated in this Privacy Notice. We will promptly correct any incomplete or inaccurate information or in the event your request was denied, communicate the reason for the denial and generate a written record of that request and the reason(s) for denial.

If you choose not to agree with these terms or you choose to cease your membership at a later time, we may limit your ability to receive certain services or information.

## How you can contact us

If you have any concern about this Privacy Notice or our privacy practices, please contact us:

International Game Technology PLC (IGT)
66 Seymour Street
London, U.K. WH1 5BT

Phone +44 02075353200
Email: privacy@igt.com

## Global Responsibility

IGT is committed to operating its business with the goal of creating value for all our stakeholders. Our sustainability strategy focuses on social, environmental, and economic responsibility.

Privacy Notice    Terms of Use    Trademarks

  

© 2016 IGT Global Solutions Corporation. All rights reserved. The trademarks and/or service marks used herein are either trademarks or registered trademarks of IGT, its affiliates or its licensors in the U.S. and/or other countries.

Document title: Privacy Notice
Capture URL: https://www.igt.com/en/privacy-notice
Capture timestamp (UTC): Thu, 10 Nov 2016 19:53:26 GMT

# EXHIBIT 23-c

PAGE VAULT

| | |
|---|---|
| Document title: | IGT Casino rgs |
| Capture URL: | https://www.igt.com/en/products-and-services/interactive/platforms/rgs |
| Captured site IP: | 54.69.29.77 |
| Page loaded at (UTC): | Tue, 30 Aug 2016 16:12:33 GMT |
| Capture timestamp (UTC): | Tue, 30 Aug 2016 16:12:49 GMT |
| Capture tool: | v4.2.3 |
| Page Vault server IP: | 54.174.78.137 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/177474 |
| User: | ghg-user1 |



Products and Services › Interactive › Platforms › IGT Casino rgs

## Systems that rock, with content that rolls.

# IGT Casino rgs 

### Revolutionizing remote game delivery

Games available on IGT Casino rgs (remote game server) can go head-to-head with any other casino game from any supplier – and win. We simply make the top- performing games.

**IGT Casino rgs delivers a steady stream of exciting brands and classic titles, along with a feature-rich system, all powered by the world leader in casino games.**

One of the most advanced cross-platform delivery systems on the market, IGT Casino rgs provides iGaming operators with the best premium casino content, plugging in seamlessly to an existing back office. One integration grants access to an extensive library of the world's best-performing casino games (slots, table games, and video poker), making them instantly available to your players where and when they want to play: on desktops, mobile phones, and tablet devices.

Our proven math models and innovative game mechanics provide superb gameplay, with an optimum level and frequency of payouts, to keep players engaged and coming back for more.

**Powering sites around the globe.**

### Our IGT Casino rgs partners

| | | | | |
|---|---|---|---|---|
| bet365 | William Hill | Betit | Gaming Realms | BGO |
| bwin.Party | Casino Euro | Grosvenor Casino | Danske Spil | Eurobet |
| EveryMatrix | Betfred | GameSys | PaddyPower | Genting |
| Golden Nugget | Borgata | Kerching | BetVictor | Lottomatica |
| Loto Quebec | Mecca Bingo | Money Gaming | Mr Green | NetBet |
| NetPlay | Football Pools | Sisal | Sky Vegas | SpinandWin |
| Totesport | Vera John | Caesars Interactive Entertainment | Ladbrokes | BCLC |

### You Might Also Like







**IGT**

PRODUCTS AND SERVICES    EXPLORE IGT    SUPPORT    LOGIN

Products and Services › Interactive › Platforms › IGT Casino rgs

**IGT Casino rgs delivers a steady stream of exciting brands and classic titles, along with a feature-rich system, all powered by the world leader in casino games.**

One of the most advanced cross-platform delivery systems on the market, IGT Casino rgs provides iGaming operators with the best premium casino content, plugging in seamlessly to an existing back office. One integration grants access to an extensive library of the world's best-performing casino games (slots, table games, and video poker), making them instantly available to your players where and when they want to play: on desktops, mobile phones, and tablet devices.

Our proven math models and innovative game mechanics provide superb gameplay, with an optimum level and frequency of payouts, to keep players engaged and coming back for more.

Powering sites around the globe.

## Our IGT Casino rgs partners

| bet365 | William Hill | Betit | | Gaming Realms | BGO |
|--------|-------------|-------|--|--------------|-----|
| bwin.Party | Casino Euro | Grosvenor Casino | | Danske Spil | Eurobet |
| EveryMatrix | Betfred | GameSys | | PaddyPower | Genting |
| Golden Nugget | Borgata | Kerching | | BetVictor | Lottomatica |
| Loto Quebec | Mecca Bingo | Money Gaming | | Mr Green | NetBet |
| NetPlay | Football Pools | Sisal | | Sky Vegas | SpinandWin |
| Totesport | Vera John | Caesars Interactive Entertainment | | Ladbrokes | BCLC |

### You Might Also Like




IGTgames.com



Gaming



Contact Us

## Global Responsibility

IGT is committed to operating its business with the goal of creating value for all our stakeholders. Our sustainability strategy focuses on social, environmental, and economic responsibility.

Privacy Notice    Terms of Use    Trademarks

  

© 2016 IGT Global Solutions Corporation. All rights reserved. The trademarks and/or service marks used herein are either trademarks or registered trademarks of IGT, its affiliates or its licensors in the U.S. and/or other countries.

# EXHIBIT 23-d

PAGEV🔒ULT

Document title:              Management Team

Capture URL:                 https://www.igt.com/en/explore-igt/about-igt/management-team

Captured site IP:            54.69.29.77

Page loaded at (UTC):        Tue, 03 Jan 2017 16:55:04 GMT

Capture timestamp (UTC):     Tue, 03 Jan 2017 16:56:11 GMT

Capture tool:                v4.4.4

Page Vault server IP:        52.7.109.102

Browser engine:              Chrome/49.0.2623.28

Operating system:            Microsoft Windows NT 6.2.9200.0 (6.2.9200.0)

PDF length:                  5

Portal URL:                  https://portal.page-vault.com/#/snapshot/325010

User:                        ghg-user1



PRODUCTS AND SERVICES    EXPLORE IGT    SUPPORT    LOGIN    |    Q

Explore IGT  >  About IGT  >  Management Team



Responsibly leading the industry.

# Management Team



IGT has brought together a team of proven leaders to create a powerful gaming and lottery enterprise, providing expertise and value to all of our customers around the globe.



### Marco Sala

Chief Executive Officer, International Game Technology PLC



### Renato Ascoli

Chief Executive Officer, North America Gaming/Interactive (DoubleDown Casino)



### Walter Bugno

Chief Executive Officer, International



### Renato Ascoli



Document title: Management Team
Capture URL: https://www.igt.com/en/explore-igt/about-igt/management-team
Capture timestamp (UTC): Tue, 03 Jan 2017 16:56:11 GMT

Page 1 of 4



**Renato Ascoli**

Chief Executive Officer, North America Gaming/Interactive (DoubleDown Casino)

Renato Ascoli, as Chief Executive Officer, North America Gaming/Interactive (DoubleDown Casino) of IGT PLC, is responsible for product development, manufacturing, marketing, and delivery of all of the Company's gaming offerings. This includes interactive and sports betting, as well as oversight of the DoubleDown Casino online social gaming business.

Prior to April 2015, Mr. Ascoli served as General Manager of GTECH S.p.A. (formerly known as Lottomatica Group) and President of GTECH Products and Services, where he was responsible for overseeing the design, development, and delivery of state-of-the-art platforms, products, and services. He supported all stages of the sales process, and provided marketing and technology leadership to optimize investment decisions.

Prior to this role, Mr. Ascoli served as Head of Italian Operations. In this position, he was responsible for the strategic direction and operations of the Company's Italian businesses. He joined GTECH S.p.A. in 2006 as Director of the Gaming division.

From 1992 to 2005, Mr. Ascoli worked for the national railway system Ferrovie dello Stato/Trenitalia, where he held roles of increasing responsibility including head of Administration, Budget, and Control of the Local Transport Division; head of Strategies, Planning, and Control of the Transport Area; and head of the Passengers Commercial Unit. In 2000, he was appointed Marketing Director of the Passengers Division, and later served as Director of Operations and Passengers Division. He also was head of International Development for Trenitalia.

Earlier in his career, he led international marketing efforts for Fincentro Group - Armando Curcio Editore, where he was responsible for commercial development of the publishing assets of Fincentro Group. He was also responsible for defining the strategic and management assets of the many companies comprising Fincentro Group.

Mr. Ascoli also served as a consultant to Ambrosetti Group, supporting the internationalization process (Spain, England, and U.S.A.). He graduated from Bocconi University in Milan, majoring in Economics and Social Studies.







**Fabio Cairoli**

Chief Executive Officer, Italy



**Michael Chambrello**

Chief Executive Officer, North America Lottery



**Mario Di Loreto**

Executive Vice President of Human Resources,
Organization & Transformation



**Alberto Fornaro**

Executive Vice President and Chief Financial
Officer



**Donald Sweitzer**

Chairman, IGT Global Solutions Corporation



**Robert Vincent**

Executive Vice President for Administrative
Services and External Relations

## You Might Also Like



Find Jobs

 Find an open position near you
and join the global leader in gaming.



Investor Relations

 Learn more about the leader in
gaming.



News

 Committed to responsible
gaming, community activism and
limiting our environmental
footprint.

# Global Responsibility

IGT is committed to operating its business with the goal of creating value for all our stakeholders. Our sustainability strategy
focuses on social, environmental, and economic responsibility.



**Alberto Fornaro**

Executive Vice President and Chief Financial Officer



**Donald Sweitzer**

Chairman, IGT Global Solutions Corporation



**Robert Vincent**

Executive Vice President for Administrative Services and External Relations

## You Might Also Like



Find Jobs

☑ Find an open position near you and join the global leader in gaming.



Investor Relations

☑ Learn more about the leader in gaming.



News

☑ Committed to responsible gaming, community activism and limiting our environmental footprint.

## Global Responsibility

IGT is committed to operating its business with the goal of creating value for all our stakeholders. Our sustainability strategy focuses on social, environmental, and economic responsibility.

Privacy Notice    Terms of Use    Trademarks

  

© 2016 IGT Global Solutions Corporation. All rights reserved. The trademarks and/or service marks used herein are either trademarks or registered trademarks of IGT, its affiliates or its licensors in the U.S. and/or other countries.

Document title: Management Team
Capture URL: https://www.igt.com/en/explore-igt/about-igt/management-team
Capture timestamp (UTC): Tue, 03 Jan 2017 16:56:11 GMT

# EXHIBIT 23-e



| | |
|---|---|
| Document title: | Victor Duarte: Executive Profile & Biography - Bloomberg |
| Capture URL: | http://www.bloomberg.com/research/stocks/private/person.asp?personId=139447446&privcapId=2524405 |
| Captured site IP: | 23.46.57.109 |
| Page loaded at (UTC): | Thu, 20 Apr 2017 20:29:57 GMT |
| Capture timestamp (UTC): | Thu, 20 Apr 2017 20:31:01 GMT |
| Capture tool: | v5.1.3 |
| Page Vault server IP: | 52.5.8.50 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 4 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/592934 |
| User: | ghg-chicago |

 


Take the power of
Bloomberg with you.

**Install Bloomberg for Chrome**


HOW MUCH CAN YOU **SAVE** ON AUTO INSURANCE?
*2015- 82,300 members that switched to AAA & reported savings.

TD Ameritrade
We don't
Nickel and Dime

Hotels, Restaurants and Leisure
**Company Overview of International Game Technology PLC**

April 20, 2017 4:29 PM ET

| Snapshot | People |
|---|---|

Overview | Board Members | Committees

Executive Profile
# Victor Duarte

Global Chief Product Officer of Gaming, **International Game Technology PLC**

| Age | Total Calculated Compensation | This person is connected to 0 Board Members in 0 different organizations across 2 different industries. |
|---|---|---|
| -- | -- | |

## Background

Mr. Victor Duarte has been Global Chief Product Officer of Gaming at International Game Technology PLC since April 2015. Mr. Duarte served as Chief Executive Officer and President of Spielo International Canada ULC from June 2008 to March 2015. Mr. Duarte leads GTECH's gaming operations worldwide, along with the day-to-day management of SPIELO operations in Moncton, New Brunswick. He is responsible for all operational and strategic activities of SPIELO and Gaming Solutions public gaming business globally. His overall responsibilities include short and long-term planning, sales, business development, marketing, customer service, operations, manufacturing and R&D. He began his GTECH career in 1995, and has held various roles of increasing responsibility throughout his years with the company, including leadership positions in gaming, technology, and finance. Prior to joining the Gaming Solutions business segment, he served as Vice President, Technology Services, where he was responsible for directing the GTECH's worldwide software services activities. Under his leadership, Spielo International Canada ULC was able to achieve CMM level 3 certification in two separate technology hubs. He held senior financial positions in lottery operations and technology. Prior to joining GTECH, he worked for Ernst & Young in the United States and Europe.

Collapse Detail



CAN YOU RUN AN
8-MINUTE MILE?
♥ Health I.Q.
Special rate life insurance
for runners

**Learn More**

**Corporate Headquarters**
Marble Arch House
London, Greater London W1H 5BT

United Kingdom

Phone: 44 207 535 3200
Fax: 44 207 535 3250

**Board Members Memberships**
There is no Board Members Memberships data available.

**Education**
There is no Education data available.

**Other Affiliations**
GTECH Canada ULC

**Annual Compensation**
There is no Annual Compensation data available.

**Stocks Options**
There is no Stock Options data available.

**Total Compensation**
There is no Total Compensation data available.

**S&P Global**
Market Intelligence

The information and data displayed in this profile are created and managed by S&P Global Market Intelligence, a division of S&P Global. Bloomberg.com does not create or control the content. For inquiries, please contact S&P Global Market Intelligence directly by clicking here.

**Stock Quotes**   Market data is delayed at least 15 minutes.

| Stock, Fund, or ETF | Go | Company Lookup |
|---|---|---|

**COMPETITOR COMPENSATION**

| Name | Position/ Company | Compensation |
|---|---|---|
| Max H. Mitchell | Chief Executive Officer, President and Director | $915.0K |


▶ LIVE TV
◀ AUDIO
date

**Education**
There is no Education data available.

**Other Affiliations**
GTECH Canada ULC

! **Request Profile Update**

**From Around the Web** — Sponsored Links by Taboola ▷



**Chicago, Illinois: This Brilliant Company Is Disrupting a $200 Billion...**
EverQuote Insurance Quotes



**He Made 21,078% Buying Amazon. Here's His New Pick**
The Motley Fool



**Single in Chicago? See Who's on Match**
Match.com



**Family Takes Same Photo For 22 Years - Last One Is A Tearjerker**
The Brofessional



**Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable**
Vogue | Everlane



**Chicago: This Meal Service is Cheaper Than Your Local Store**
Home Chef

Stock Quotes                    Market data is delayed at least 15 min

Stock, Fund, or

**COMPETITOR C**

| Name | | |
|------|------|------|
| Max H. Mitchell | President and Director Crane Co. | $915.0K |
| John L. Garrison Jr. | Chief Executive Officer, President and Director Terex Corporation | $882.7K |
| Richard G. Kyle | Chief Executive Officer, President and Director The Timken Company | $900.0K |
| Martin H. Richenhagen | Chairman, Chief Executive Officer and President AGCO Corporation | $1.3M |
| Joseph Levin | Chief Executive Officer and Director IAC/InterActiveCorp | $2.3M |

Compensation as of Fiscal Year 2016.




Are global temperatures reshaping global markets?
See how climate change is changing business.
Bloomberg Climate Changed

Sponsored Financial Commentaries

**More From The Financial Web —**

Homeowners Must Claim Their $4272 Early in 2017
Innovative Metrics

This $0.67 stock is creating a once in a lifetime opportunity.
Money Map Press

Stocks are on the cusp of an Historic Surge..Never been More Certain
Banyan Hill

dianomi

Sponsored Links


Pre-Employment Testing. Free Trial.
Know Your Employees Before You Hire. Personality, Aptitude and Skills tests.
Criteria Corp

How 1 Man Turned $50K Into $5.3 Million
Jim Fink wasn't a professional investor, but using this simple trade he amassed a $5MM fortune.


My #1 Rule: Don't Buy Options
Options buyers lose money 7 out of 10 times. Don't make the same mistake.
Investing Daily


▶ LIVE TV · ◁⁔ AUDIO

Document title: Victor Duarte: Executive Profile &amp; Biography - Bloomberg
Capture URL: http://www.bloomberg.com/research/stocks/private/person.asp?personId=139447446&amp;privcapId=2524405
Capture timestamp (UTC): Thu, 20 Apr 2017 20:31:01 GMT

**Chicago, Illinois This Brilliant Company Is Disrupting a $200 Billion...**
EverQuote Insurance Quotes



**He Made $21,000 Buying Amazon. Here's His New Pick**
The Motley Fool



**Single in Chicago? See Who's on Match**
Match.com

IAC/InterActiveCorp

**Family Takes Same Photo For 22 Years - Last One Is A Tearjerker**
The Brofessional

**Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable**
Vogue | Everlane

**Chicago: This Meal Service is Cheaper Than Your Local Store**
Home Chef

**Take the power of Bloomberg with you.**

Install Bloomberg for Chrome

Are resh mar

See how climate change is changing business.

Bloomberg Climate Changed

Sponsored Financial Commentaries

**More From The Financial Web —**

**Homeowners Must Claim Their $4272 Early in 2017**
Innovative Metrics

**This $0.67 stock is creating a once in a lifetime opportunity.**
Money Map Press

**Stocks are on the cusp of an Historic Surge..Never been More Certain**
Banyan Hill

dianomi

Sponsored Links



**Pre-Employment Testing. Free Trial.**
Know Your Employees Before You Hire. Personality, Aptitude and Skills tests.
Criteria Corp



**How 1 Man Turned $50K Into $5.3 Million**
Jim Fink wasn't a professional investor, but using this simple trade he amassed a $5MM fortune.
Investing Daily



**My #1 Rule: Don't Buy Options**
Options buyers lose money 7 out of 10 times. Don't make the same mistake.
Investing Daily



**Open an account today.**
Announcing $4.95 online equity trades plus earn 500 commission-free trades for 2 years.
Trade with Schwab



**SurveyMonkey: Get Insights**
Product feedback, customer satisfaction surveys ... the insights are endless. Try for free.
SurveyMonkey

Browse Companies  A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | 0 1 2 3 4 5 6 7 8 9



LIVE TV
AUDIO

s    Privacy Policy
nts Reserved

Careers    Made in NYC    Advertise    Ad Choices
Website Feedback    Help

# EXHIBIT 23-f



| | |
|---|---|
| Document title: | IGT Company Profile & Executives - International Game Technology PLC - Wall Street Journal |
| Capture URL: | http://quotes.wsj.com/IGT/company-people |
| Captured site IP: | 65.158.47.26 |
| Page loaded at (UTC): | Thu, 20 Apr 2017 20:31:40 GMT |
| Capture timestamp (UTC): | Thu, 20 Apr 2017 20:31:57 GMT |
| Capture tool: | v5.1.3 |
| Page Vault server IP: | 52.5.8.50 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 5 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/592944 |
| User: | ghg-chicago |

DOW JONES, A NEWS CORP COMPANY ▾

| DJIA ▲ | 20578.71 | 0.85% | Nasdaq ▲ | 5916.78 | 0.92% | U.S. 10 Yr ▾ | -4/32 Yield | 2.233% | Crude Oil ▾ | 50.26 | -0.36% | Euro ▲ | 1.0719 | 0.07% |

# THE WALL STREET JOURNAL.

Subscribe Now   Sign In

Join now 50% off

U.S. Edition ▾   April 20, 2017   Today's Paper

Home   World   U.S.   Politics   Economy   Business   Tech   Markets   Opinion   Arts   Life   Real Estate   🔍



## International Game Technology PLC

**IGT** (U.S.: NYSE)

QUOTES & COMPANIES 🔍

VIEW ALL COMPANIES

AT CLOSE 4:02 PM EDT 04/20/17

**$22.13** USD

**0.26 1.19%** ▲

AFTER HOURS 4:11 PM EDT 04/20/17

$22.0912 -0.0388 -0.18% ▾

AFTER HOURS VOL 2,954

| Volume | 65 Day Avg Vol |
|---|---|
| 1,209,630 | 869,766 |
| 1 Day Range | 52 Week Range |
| 21.88 - 22.23 | 16.65 - 32.07 |
| | (05/19/16 - 11/21/16) |

1D  5D  1M  3M  YTD  1Y  3Y   $  %

04/13/17 10:55 AM EDT
● US:IGT:$22.6500

$23
$22
$21

Apr 13   Apr 17   Apr 18   Apr 19   Apr 20

ADVANCED CHARTING                          COMPARE ▾

| Open | 21.88 | Prior Close | 21.87 | (04/19/17) |
|---|---|---|---|---|
| 1 Day | IGT 1.19% ▲ | DJIA 0.85% ▲ | S&P 500 0.76% ▲ | Leisure/Arts/Hospitality 0.05% ▲ |

OVERVIEW  »  PROFILE                          ALL SECTIONS ☰

## Company Info
International Game Technology PLC

Marble Arch House
London Greater London W1H 5BT
United Kingdom
Email | Website | Map

| Employees | Sector |
|---|---|
| - | **Gambling Industries** |
| Sales or Revenue | Industry |
| **5.15 B** | **Leisure/Arts/Hospitalit** |
| 1Y Sales Change | Fiscal Year Ends |
| 9.91% | **December 31** |
| | Download Reports |

## Description International Game Technology PLC

International Game Technology PLC engages in the designing, manufacturing, and marketing of electronic gaming equipment, software, and network systems. It operates through the following segments: North America Gaming and Interactive; North America Lottery, International, and Italy. The North America Gaming and Interactive segment offers developing and delivering games, systems, and solutions for land-based casinos, interactive for-wager online play, and play-for-fun social casino application. The North America Lottery segment offers developing and delivering lottery solutions. The International segment involves in delivering end-to-end solutions across channels and regulated gaming segments. The Italy segment derives from lottery and machine gaming concessions. The company was founded on July 11, 2014 and is headquartered in London, the United Kingdom.

## Key People International Game Technology PLC

**Board of Directors**

| Name/Title | Current Board Membership |
|---|---|
| **Philip Glen Satre**, 66 Chairman | International Game Technology Plc |

## Average Growth Rates
International Game Technology PLC

**Past Five Years**
Ending 12/31/2016 (Fiscal Year)

| Revenue | Net Income | Earnings Per Share |
|---|---|---|

Document title: IGT Company Profile &amp; Executives - International Game Technology PLC - Wall Street Journal
Capture URL: http://quotes.wsj.com/IGT/company-people
Capture timestamp (UTC): Thu, 20 Apr 2017 20:31:57 GMT

| Name/Title | Current Board Membership |
|---|---|
| **Philip Glen Satre**, 66<br>Chairman | International Game Technology Plc |
| **Marco Sala**, 58<br>Chief Executive Officer &<br>Executive Director | International Game Technology Plc |
| **Jeremy James Hanley**, 70<br>Non-Executive Director | International Game Technology Plc |
| **Vincent L. Sadusky**, 50<br>Non-Executive Director | International Game Technology Plc |
| **James Francis McCann**, 64<br>Non-Executive Director | International Game Technology Plc |
| **Paolo Federico Ceretti**, 61<br>Non-Executive Director | International Game Technology Plc |
| **Marco Drago**, 70<br>Non-Executive Director | International Game Technology Plc |
| **Patti S. Hart**, 59 | International Game Technology |

## All Executives

| | |
|---|---|
| **Philip Glen Satre**<br>Chairman | **Marco Sala**<br>Chief Executive Officer & Executive<br>Director |
| **Alberto Fornaro**<br>Chief Financial Officer & Executive<br>Vice President | **Robert K. Vincent**<br>EVP-Administrative Services &<br>External Relations |
| **Renato Ascoli**<br>CEO-North America Gaming &<br>Interactive | **Michael R. Chambrello**<br>Chief Executive Officer-North<br>America Lottery |
| **Fabio Cairoli**<br>Chief Executive Officer-Italy | **Walter Giacomo Bugno**<br>Chief Executive Officer-International |
| **Ken Bossingham**<br>Senior Vice President-Casino Core<br>Product | **Victor Duarte**<br>Global Chief Product Officer |
| **Jeremy James Hanley**<br>Non-Executive Director | **Vincent L. Sadusky**<br>Non-Executive Director |
| **James Francis McCann**<br>Non-Executive Director | **Paolo Federico Ceretti**<br>Non-Executive Director |

### Past Five Years
Ending 12/31/2016 (Fiscal Year)

| Revenue | Net Income | Earnings Per Share |
|---|---|---|
| +6.09% | -5.89% | - |

| Capital Spending | Gross Margin | Cash Flow |
|---|---|---|
| +14.38% | +45.88% | -1.58% |

## Insider Trading
International Game Technology PLC

**Transaction Summary**
Total Insider Purchases and Sales Reported to the SEC

Data not available.

Data not available.

ADVERTISEMENT



Words to the Wise

Activity that gives you
the best mental workout.
27 Across, 29 Down

CROSSWORD

PLAY NOW

THE WALL STREET JOURNAL.

Subscribe Now | Sign In

**Home** World U.S. Politics Economy Business Tech Markets Opinion Arts Life Real Estate

Activity that gives you
the best mental workout.
*27 Across, 29 Down*

PLAY
NOW

THE WALL STREET JOURNAL.
Read ambitiously

## Ownership International Game Technology PLC

**Mutual Funds that own IGT**

| Name | Shares Held | % Shares Out | Change In Shares | % of Assets | As of Date |
|------|-------------|--------------|------------------|-------------|------------|
| Oppenheimer Global Fund | 2,849,010 | 1.42% | -171,160 | 0.71% | 12/31/16 |
| Kairos International SICAV - Key | 2,199,509 | 1.09% | +1,199,509 | 9.31% | 06/30/16 |
| Government Pension Fund - Global (The) | 1,710,157 | 0.85% | -773,817 | 0.00% | 12/31/16 |
| Pear Tree Polaris Foreign Value Fund | 1,284,765 | 0.64% | 0 | 1.84% | 03/31/17 |
| Kairos International SICAV - Selection | 1,050,259 | 0.52% | -999,405 | 9.87% | 06/30/16 |
| Vanguard Equity | | | | | |

**Institutions that own IGT**

| Name | Shares Held | % Shares Out | Change In Shares | % of Assets | As of Date |
|------|-------------|--------------|------------------|-------------|------------|
| Acadian Asset Management LLC | 7,915,087 | 3.94% | +5,313,261 | 0.54% | 12/31/16 |
| BloombergSen, Inc. | 6,520,015 | 3.24% | +11,134 | 12.13% | 12/31/16 |
| OppenheimerFunds, Inc. | 5,520,585 | 2.75% | -261,759 | 0.09% | 12/31/16 |
| AQR Capital Management LLC | 5,403,295 | 2.69% | +2,161,177 | 0.15% | 12/31/16 |
| Polaris Capital Management LLC | 4,945,189 | 2.46% | -394,400 | 2.57% | 12/31/16 |
| Kairos Investment Management Ltd. | 3,407,533 | 1.70% | +221,409 | 11.99% | 06/30/16 |
| PAR Capital Management, Inc. | 2,750,000 | 1.37% | 0 | 0.80% | 12/31/16 |

OVERVIEW » PROFILE

NOTES & DATA PROVIDERS ⌃

ADVERTISEMENT

TOP ⌃

THE WALL STREET JOURNAL. U.S. Edition ▾

Subscribe | Sign In

**WSJ Membership**
WSJ+ Membership Benefits
Digital Subscription
Print Subscription
Print and Digital Subscription
Why Subscribe?

**Customer Service**
Customer Center
Contact Us
Live Help
Redesign Guided Tour
Notice to Subscribers

**Tools & Features**
Emails & Alerts
Guides
My News
RSS Feeds
Topics

**Ads**
Advertise
Advertise Locally
Commercial Real Estate Ads
Place a Classified Ad
Sell Your Business

**More**
Content Partnerships
Corrections
Jobs at WSJ
News Archive
Register for Free

THE WALL STREET JOURNAL.

Subscribe Now    Sign In

Home   World   U.S.   Politics   Economy   Business   Tech   Markets   Opinion   Arts   Life   Real Estate

| | | | | | |
|---|---|---|---|---|---|
| Kairos International SICAV - Key | 2,199,509 | 1.09% | +1,199,509 | 9.31% | 06/30/16 |
| Government Pension Fund - Global (The) | 1,710,157 | 0.85% | -773,817 | 0.00% | 12/31/16 |
| Pear Tree Polaris Foreign Value Fund | 1,284,765 | 0.64% | 0 | 1.84% | 03/31/17 |
| Kairos International SICAV - Selection | 1,050,259 | 0.52% | -999,405 | 9.87% | 06/30/16 |
| Vanguard Equity | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| BloombergSen, Inc. | 6,520,015 | 3.24% | +11,134 | 12.13% | 12/31/16 |
| OppenheimerFunds, Inc. | 5,520,585 | 2.75% | -261,759 | 0.09% | 12/31/16 |
| AQR Capital Management LLC | 5,403,295 | 2.69% | +2,161,177 | 0.15% | 12/31/16 |
| Polaris Capital Management LLC | 4,945,189 | 2.46% | -394,400 | 2.57% | 12/31/16 |
| Kairos Investment Management Ltd. | 3,407,533 | 1.70% | +221,409 | 11.99% | 06/30/16 |
| PAR Capital Management, Inc. | 2,750,000 | 1.37% | 0 | 0.80% | 12/31/16 |

OVERVIEW   »   PROFILE

NOTES & DATA PROVIDERS ⌃

ADVERTISEMENT

TOP ⌃

THE WALL STREET JOURNAL.   U.S. Edition ▾

Subscribe    Sign In

**WSJ Membership**
WSJ+ Membership Benefits
Digital Subscription
Print Subscription
Print and Digital Subscription
Why Subscribe?
Download WSJ Apps for iOS and Android
Corporate Subscriptions
Professor Journal
Student Journal

**Customer Service**
Customer Center
Contact Us
Live Help
Redesign Guided Tour
Notice to Subscribers

**Tools & Features**
Emails & Alerts
Guides
My News
RSS Feeds
Topics
Video Center
Watchlist
Podcasts

**Ads**
Advertise
Advertise Locally
Commercial Real Estate Ads
Place a Classified Ad
Sell Your Business
Sell Your Home
Recruitment & Career Ads

**More**
Content Partnerships
Corrections
Jobs at WSJ
News Archive
Register for Free
Reprints

**Dow Jones Products**   Barron's | BigCharts | DJX | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch
Private Markets | realtor.com | Risk & Compliance | WSJ Conference | WSJ Pro Central Banking | WSJ Video | WSJ Wine

Privacy Policy | Cookie Policy Updated | Copyright Policy | Data Policy | Subscriber Agreement & Terms of Use | Your Ad Choices

Copyright ©2017 Dow Jones & Company, Inc. All Rights Reserved.

# EXHIBIT 23-g

PAGE**V**AULT

WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Bryan Upton \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/bryanupton/?ppe=1 |
| Captured site IP: | 108.174.10.10 |
| Page loaded at (UTC): | Thu, 20 Apr 2017 20:40:48 GMT |
| Capture timestamp (UTC): | Thu, 20 Apr 2017 20:41:28 GMT |
| Capture tool: | v5.1.3 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 4 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/593044 |
| User: | ghg-chicago |



Document title: Bryan Upton | LinkedIn
Capture URL: https://www.linkedin.com/in/bryanupton/?ppe=1
Capture timestamp (UTC): Thu, 20 Apr 2017 20:41:28 GMT



Document title: Bryan Upton | LinkedIn
Capture URL: https://www.linkedin.com/in/bryanupton/?ppe=1
Capture timestamp (UTC): Thu, 20 Apr 2017 20:41:28 GMT
Page 2 of 3



## Recommendations

**Received (1)**    Given (3)

**Neil Owen**
Senior Software Architect at
bet365
April 18, 2007, Bryan worked with
Neil in the same group

Bryan is a talented artist with great technical knowledge, which
meant that as a programmer I found him very easy to work with.
We worked together on several projects, and his work was always
consistently of a high standard. His understanding of technical
aspects meant that I did not have to worry about his work not
conforming to specifications. I would not hesitate to work with
Bryan again.

Ryan, explore jobs at IGT tha...
skills

**See jobs**

## Accomplishments

2    **Courses**
Creative Multimedia

**See more courses ∨**

## Interests

**David Cameron** in
Former Prime Minister of the United Kingdom
2,492,970 followers

**Casino Life Magazine**
5,683 members

**C2 Retail Recruitment - Leading Retail,
Fashion & Hospitality Specialists**
1,002 followers

**Big Data**
4,981,043 followers

**World Gaming Executives: Video
Games and Gaming Group**
41,496 members

**EGR Global**
2,613 members

See all

**Linked** in

About                Talent Solutions        Community Guidelines      ? Questions?                    Select Language
Careers              Marketing Solutions     Privacy & Terms ∨           Visit our Help Center.         **English (English)** ▼
Advertising          Sales Solutions         Send feedback
Mobile               Small Business          Safety Center             ⚙ Manage your account and privacy.
                                                                         Go to your Settings.
LinkedIn Corporation © 2017                                                                          Messaging          ✎ ⚙ —

Document title: Bryan Upton | LinkedIn
Capture URL: https://www.linkedin.com/in/bryanupton/?ppe=1
Capture timestamp (UTC): Thu, 20 Apr 2017 20:41:28 GMT

# EXHIBIT 23-h

PAGE V🔵ULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Todd Nash \| LinkedIn |
| Capture URL: | https://www.linkedin.com/in/todd-nash-b6575b3/ |
| Captured site IP: | 108.174.10.10 |
| Page loaded at (UTC): | Tue, 21 Feb 2017 20:06:57 GMT |
| Capture timestamp (UTC): | Tue, 21 Feb 2017 20:09:16 GMT |
| Capture tool: | v5.1.1 |
| Page Vault server IP: | 52.5.8.50 |
| Browser engine: | Chrome/55.0.2883.87 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/398206 |
| User: | ghg-stl |

 Sign in · Join now

Linked in



# Todd Nash
Sr. Director Content Partners, IGT Global
Products

Las Vegas, Nevada Area | Gambling & Casinos

**500+**
connections

| | |
|---|---|
| Current | IGT |
| Previous | GTECH S.p.A., Atronic Americas, En.Gen Inc. |
| Education | University of Phoenix |
| Recommendations | 3 people have recommended Todd |

## View Todd's full profile. It's free!
Your colleagues, classmates, and 400 million other professionals are on LinkedIn.

**View Todd's Full Profile**

## Experience

**Senior Director Content Partners, IGT Global Products**
IGT
April 2015 – Present (1 year 11 months) | Las Vegas, Nevada Area



**Director Business Development - Products & Sevices**
GTECH S.p.A.
March 2011 – April 2015 (4 years 2 months) | las vegas, nevada area



**VP Business Development & Corporate Strategy**
Atronic Americas
May 2007 – March 2011 (3 years 11 months)

**Director of Gaming Services**
Atronic Americas
September 2005 – May 2007 (1 year 9 months)

**Gaming Serivces Manager**
Atronic Americas
November 1998 – September 2005 (6 years 11 months)

**Production Supervisor**
Atronic Americas
October 1996 – November 1998 (2 years 2 months)

**Production Manager**
En.Gen Inc.
1992 – 1996 (4 years)

ENGEN

**Warehouse/Production**
Unizone
1990 – 1992 (2 years)

## Skills

| | | |
|---|---|---|
| Team Leadership | Operations Management | Management |
| Organizational Effectiveness | Gambling | Inventory | Casino | Gaming Industry |



---

View this profile in another language

**Find a different Todd Nash**

First Name | Last Name

Example: Todd Nash

**Todd Nash**
United States

**Todd Nash**
Purchasing Manager at Plywood
Source
United States

**Todd Nash**
United States

**Todd Nash**
Chief Executive Officer at Arnott Air
Suspension Products
United States

**Todd Nash**
Software Architect at DaVita
United States

More professionals named Todd Nash

**Public profile badge**
Include this LinkedIn profile on other websites

**View profile badges**

**People Also Viewed**

 **Darrell Johnson**

 **Jae Yi**
Studio Manager at IGT

 **Ed Soriano**
Experienced Intellectual Property
Executive- Business Development &
Strategy

 **Jacob Lanning**
Vice President, International Market
Strategy at IGT

 **Linda Conner**
Director at IGT

 **Stefan Keilwert**
Director Advanced Research &
Innovation at IGT

 **Michael Prescott**
Senior Vice President at IGT

**Victor Duarte**

**Nick Khin**
Senior Vice President at IGT

**Andy Fisher**


PROFINDER

---

Document title: Todd Nash | LinkedIn
Capture URL: https://www.linkedin.com/in/todd-nash-b6575b3/
Capture timestamp (UTC): Tue, 21 Feb 2017 20:09:16 GMT

**Production Supervisor**
Atronic Americas
October 1996 – November 1998 (2 years 2 months)

**Production Manager**
En.Gen Inc.
1992 – 1996 (4 years)



**Warehouse/Production**
Unizone
1990 – 1992 (2 years)

Skills

Team Leadership   Operations Management   Management

Organizational Effectiveness   Gambling   Inventory   Casino   Gaming Industry

Product Management   Business Strategy   New Business Development

Product Development   Business Development   E-commerce   Budgets   See 11+

Education

**University of Phoenix**
BS
1992 – 1996

**Arizona State University**
1988 – 1991

**Air Academy High School**
1984 – 1988

Recommendations

A preview of what LinkedIn members have to say about Todd:

❝ *Todd is a leader that takes his extensive industry and operational experience and combines it with his ability to lead people in order to provide for a very effective...*

See more

❝ *I have been working with Todd for now seven years, and I have been impressed by his evolution from heading the services team to heading business development....*

See more

Sign up to see who recommended Todd

### View Todd's full profile to...

- See who you know in common
- Get introduced
- Contact **Todd** directly

**View Todd's Full Profile**

Not the Todd you're looking for? View more

---

Linda Conner
Director at IGT

Stefan Keilwert
Director Advanced Research & Innovation at IGT

Michael Prescott
Senior Vice President at IGT

Victor Duarte

Nick Khin
Senior Vice President at IGT

Andy Fisher

PROFINDER

Hire independent Intellectual Property Lawyers like Todd

Post your project – It's free →
See Intellectual Property Lawyers available for hire

---

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more   Browse members by country

Linkedin © 2017   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Unsubscribe