UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GC2 INCORPORATED,<br><br>    Plaintiff,<br><br>vs.<br><br>International Game Technology PLC, et al<br><br>    Defendants. | Case No.: 1:16-cv-08794<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:    Matthew F. Kennelly<br>Magistrate Judge:    Mary M. Rowland |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday, April 5, 2018** at **9:30 a.m.**, or as soon as counsel may be heard, I shall appear before **The Honorable Matthew F. Kennelly** in Room 2103 of the Everett McKinley Dirksen, United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present Ryan J. Yager's Motion to Withdraw Appearance, a copy of which is hereby served upon you.

    /s/ Ryan J. Yager
    Kara E. F. Cenar (ARDC 6198864)
    (kcenar@greensfelder.com)
    Ricardo Meza (ARDC 6202784)
    (rmeza@greensfelder.com)
    Ryan J. Yager (ARDC 6308231)
    (ryager@greensfelder.com)
    Greensfelder, Hemker & Gale, P.C.
    200 W. Madison St., Ste. 3300
    Chicago, IL 60606
    312-419-9090 (T); 312-419-1930 (F)

    John E. Petite
    (jep@greensfelder.com)
    Kirsten M. Ahmad
    (km@greensfelder.com)
    Greensfelder, Hemker & Gale, P.C.
    10 South Broadway, Ste. 2000
    St. Louis, Missouri 63102
    (314) 516-2698 (T); (314) 241-8624 (F)
    *Attorneys for Plaintiff GC2 Incorporated*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system this 2nd day of April, 2018, upon all counsel of record.

                                                       /s/     Ryan Yager