# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

GC2 Incorporated

                        Plaintiff,

v.                                          Case No.: 1:16–cv–08794

                                                  Honorable Matthew F. Kennelly

International Game Technology PLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 18, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephone status hearing held on 4/18/2018 with attorneys for both sides. Liability discovery has been completed. Deadline for defendants' Rule 26(a)(2) disclosures is extended to 5/2/2018; plaintiff's damages rebuttal deadline is extended to 5/16/2018. Telephone status hearing, to be initiated by the parties, is set for 6/4/2018 at 8:45 a.m. The deadline for filing dispositive motions is 8/3/2018. The case is set for jury trial on 12/10/2018 at 9:45 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.