HIGHLY CONFIDENTIAL

Subject to Revision
March 30, 2018



EXPERT REPORT OF ERIK LAYKIN



1

HIGHLY CONFIDENTIAL

Subject to Revision
March 30, 2018



1

EXPERT REPORT OF ERIK LAYKIN

HIGHLY CONFIDENTIAL

Subject to Revision
March 30, 2018



1

EXPERT REPORT OF ERIK LAYKIN

HIGHLY CONFIDENTIAL

Subject to Revision
March 30, 2018



1

EXPERT REPORT OF ERIK LAYKIN

Subject to Revision
March 30, 2018



1

EXPERT REPORT OF ERIK LAYKIN

HIGHLY CONFIDENTIAL

Subject to Revision
March 30, 2018



1

EXPERT REPORT OF ERIK LAYKIN

HIGHLY CONFIDENTIAL

Subject to Revision
March 30, 2018



1

EXPERT REPORT OF ERIK LAYKIN

HIGHLY CONFIDENTIAL

Subject to Revision
March 30, 2018



1

EXPERT REPORT OF ERIK LAYKIN



1

HIGHLY CONFIDENTIAL

Subject to Revision
March 30, 2018



1

EXPERT REPORT OF ERIK LAYKIN

HIGHLY CONFIDENTIAL

Subject to Revision
March 30, 2018



1

EXPERT REPORT OF ERIK LAYKIN



1