UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GC2 INCORPORATED, | |
| Plaintiff, | Case No.: 1:16-cv-08794 |
| vs. | **JURY TRIAL DEMANDED** |
| International Game Technology PLC, et al., | Judge: Matthew F. Kennelly |
| Defendants. | Magistrate Judge: Mary M. Rowland |

## MOTION TO WITHDRAW

COMES NOW Ricardo Meza and hereby moves to withdraw his appearance as counsel for Plaintiff GC2 Incorporated ("GC2"), and in support thereof states as follows:

1. Ricardo Meza is currently an attorney at Greensfelder, Hemker & Gale, P.C. ("Greensfelder"), and has entered as counsel for Plaintiff GC2.

2. Mr. Meza has accepted new employment and, as of Saturday, February 2, 2019, will no longer be an attorney at Greensfelder.

3. Accordingly, Mr. Meza seeks to withdraw his entry of appearance on behalf of Plaintiff GC2.

4. Plaintiff will not be prejudiced by this withdrawal as they will continue to be represented by Kara Cenar, Susan Meyer, Kevin Hormuth and Kristen M. Ahmad of Greensfelder, Hemker & Gale, P.C.

WHEREFORE, Ricardo Meza hereby respectfully requests that the Court grant his Motion to Withdraw Appearance and for such other relief that the Court deems just and proper.

Respectfully Submitted,

GREENSFELDER, HEMKER & GALE, P.C.

By: /s/ Ricardo Meza

Ricardo Meza, ARDC No. 6202784
rmeza@greensfelder.com
Kara Cenar, ARDC No.: 6198864
kcenar@greensfelder.com
Susan Meyer, ARDC No. 6226450
smeyer@greensfelder.com
200 West Madison
Street Suite 3300
Chicago, IL 60606
Telephone: 312-419-9090
Fax: 312-419-1930

Kevin Hormuth
kfh@greensfelder.com
Kristen M. Ahmad
km@greensfelder.com
10 S. Broadway
Suite 2000
St. Louis, Missouri 63102
Telephone: 314-241-9090
Fax: 312-241-8624
*Attorneys for Plaintiff GC2 Incorporated*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 1, 2019 a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will automatically notify and serve all parties of record by electronic mail.

Ricardo Meza