FILED

FEB 04 2019
2-4-19
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

## Verdict form – Case No. 16 C 8794

We, the jury, unanimously find as follows on the claims by the plaintiff against the defendants:

### Claim 1

In accordance with the instructions regarding claim 1:

**1(a).** Did International Game Technology infringe GC2's copyright in the video reel artwork and 2-D graphics for:

Pharaoh's Fortune:    yes __✓__    no ____

Coyote Moon:    yes __✓__    no ____

If you answered yes for any game or games, go on to questions 1(b)(1) and 1(b)(2) for that game or games. If you answered no for all games, go on to instruction 2(a), below.

**1(b)(1).** What are GC2's actual damages, if any?

Pharaoh's Fortune:    $_____∅_____

Coyote Moon:    $_____∅_____

**1(b)(2).** What are International Game Technology's profits, if any, from the infringement?

Pharaoh's Fortune:    $_____∅_____

Coyote Moon:    $_____∅_____

**2(a).** Did IGT NV infringe GC2's copyright in the video reel artwork and 2-D graphics for:

Pharaoh's Fortune:    yes __✓__    no ____

Coyote Moon:    yes __✓__    no ____

Kingpin Bowling:    yes __✓__    no ____

Lucky Lionfish:      yes ✓    no _____

Festival Fantastico:    yes ✓    no _____

Wild Goose Chase:    yes ✓    no _____

If you answered yes for any game or games, go on to questions 2(b)(1) and 2(b)(2) for

that game or games.  If you answered no for all games, go on to the instruction for

Claim 2.

**2(b)(1).**    What are GC2's actual damages, if any?

Pharaoh's Fortune:    $ 432,479

Coyote Moon:    $ 104,198

Kingpin Bowling:    $ 0

Lucky Lionfish:    $ 0

Festival Fantastico:    $ 0

Wild Goose Chase:    $ 0

**2(b)(2).**    What are IGT NV's profits, if any, from the infringement?

Pharaoh's Fortune:    $ 2,860,428.49

Coyote Moon:    $ 614,995.37

Kingpin Bowling:    $ 409.29

Lucky Lionfish:    $ 25,216.66

Festival Fantastico:    $ 42,369.00

Wild Goose Chase:    $ 42,369.00

2

**Claim 2**

In accordance with the instructions regarding claim 2:

**1.** Did DoubleDown infringe GC2's copyright in the video reel artwork and 2-D graphics for:

Pharaoh's Fortune:      yes ✓    no _____

Coyote Moon:      yes ✓_____    no _____

If you answered yes for any game or games, go on to questions 1(a) and 1(b) for that game or games. If you answered no for all games, go on to the instruction for the Claim 3.

**1(a).** What are GC2's actual damages, if any?

Pharaoh's Fortune:      $ 877,432

Coyote Moon:      $ 688,840

**1(b).** What are DoubleDown's profits, if any, from the infringement?

Pharaoh's Fortune:      $5,823,196.37

Coyote Moon:      $4,628,241.09

**Claim 3**

In accordance with the instructions regarding claim 3:

1.    Did Masque infringe GC2's copyright in the video reel artwork and 2-D graphics for:

Pharaoh's Fortune:      yes ✓      no ____

Kingpin Bowling:         yes ✓      no ____

Lucky Lionfish:            yes ✓      no ____

Festival Fantastico:     yes ✓      no ____

Wild Goose Chase:      yes ✓      no ____

If you answered yes for any game or games, go on to questions 1(a) and 1(b) for that game or games.  If you answered no for all games, go on to the instruction for the next claim.

1(a).   What are GC2's actual damages, if any?

Pharaoh's Fortune:      $  3,830.00

Kingpin Bowling:         $  3,830.00

Lucky Lionfish:            $  15,348.00

Festival Fantastico:     $  15,391.00

Wild Goose Chase:      $  15,391.00

1(b).   What are Masque's profits, if any, from the infringement?

Pharaoh's Fortune:      $ _____0_____

Kingpin Bowling:         $ _____0_____

Lucky Lionfish:            $ 42,921.30

Festival Fantastico:     $ 19,083.72

Wild Goose Chase:      $ 19,083.72

4

**Claim 4**

In accordance with the instructions for claim 4:

**1(a).** Is International Game Technology vicariously liable for direct infringement with respect to Pharaoh's Fortune by:

| | | |
|---|---|---|
| IGT NV: | yes ✓ | no _____ |
| Other IGT entities: | yes ✓ | no _____ |
| DoubleDown: | yes ✓ | no _____ |
| Online casino operators: | yes ✓ | no _____ |
| Platforms that offer the game: | yes ✓ | no _____ |
| End-users that play the game: | yes ✓ | no _____ |

**1(b).** Is International Game Technology vicariously liable for direct infringement with respect to Coyote Moon by:

| | | |
|---|---|---|
| IGT NV: | yes ✓ | no _____ |
| Other IGT entities: | yes ✓ | no _____ |
| DoubleDown: | yes ✓ | no _____ |
| Online casino operators: | yes ✓ | no _____ |
| Platforms that offer the game: | yes ✓ | no _____ |
| End-users that play the game: | yes ✓ | no _____ |

**2(a).** Is IGT NV vicariously liable for direct infringement with respect to Pharaoh's Fortune by:

| | | |
|---|---|---|
| International Game Technology: | yes ✓ | no _____ |
| Other IGT entities: | yes ✓ | no _____ |
| DoubleDown: | yes ✓ | no _____ |
| Online casino operators: | yes ✓ | no _____ |

Platforms that offer the game:  yes __✓__  no ____

End-users that play the game:  yes __✓__  no ____

**2(b).**  Is IGT NV vicariously liable for direct infringement with respect to Coyote Moon by:

International Game Technology:  yes __✓__  no ____

Other IGT entities:  yes __✓__  no ____

DoubleDown:  yes __✓__  no ____

Online casino operators:  yes __✓__  no ____

Platforms that offer the game:  yes __✓__  no ____

End-users that play the game:  yes __✓__  no ____

**2(c).**  Is IGT NV vicariously liable for direct infringement by Masque with respect to:

Pharaoh's Fortune:  yes __✓__  no ____

Kingpin Bowling:  yes __✓__  no ____

Lucky Lionfish:  yes __✓__  no ____

Festival Fantastico:  yes __✓__  no ____

Wild Goose Chase:  yes __✓__  no ____

## Claim 5

In accordance with the instructions for claim 5:

1.     Is DoubleDown vicariously liable for direct infringement with respect to

Pharaoh's Fortune by:

International Game Technology:  yes __✓__     no _____

IGT NV:     yes __✓__     no _____

Platforms that offer the game:     yes __✓__     no _____

End-users that play the game:     yes __✓__     no _____

2.     Is DoubleDown vicariously liable for direct infringement with respect to

Coyote Moon by:

International Game Technology:  yes __✓__     no _____

IGT NV:     yes __✓__     no _____

Platforms that offer the game:     yes __✓__     no _____

End-users that play the game:     yes __✓__     no _____

**Claim 6**

In accordance with the instructions for claim 6:

1.    Is Masque vicariously liable for direct infringement with respect to

Pharaoh's Fortune by:

Platforms that offer the game:    yes __✓__    no ____

End-users that play the game:    yes __✓__    no ____

2.    Is Masque vicariously liable for direct infringement with respect to Wild

Goose Chase by:

Platforms that offer the game:    yes __✓__    no ____

End-users that play the game:    yes __✓__    no ____

3.    Is Masque vicariously liable for direct infringement with respect to Festival

Fantastico by:

Platforms that offer the game:    yes __✓__    no ____

End-users that play the game:    yes __✓__    no ____

4.    Is Masque vicariously liable for direct infringement with respect to Lucky

Lionfish by:

Platforms that offer the game:    yes __✓__    no ____

End-users that play the game:    yes __✓__    no ____

5.    Is Masque vicariously liable for direct infringement with respect to King Pin

Bowling by:

Platforms that offer the game:    yes __✓__    no ____

End-users that play the game:    yes __✓__    no ____

8

**Claim 7**

In accordance with the instructions for claim 7:

**1(a).** Did International Game Technology cause end-users to infringe GC2's

copyright with respect to:

Pharaoh's Fortune:    yes ___✓___    no ____

Coyote Moon:    yes ___✓___    no ____

**1(b).** Did International Game Technology cause online casino operators to

infringe GC2's copyright with respect to:

Pharaoh's Fortune:    yes ___✓___    no ____

Coyote Moon:    yes ___✓___    no ____

**2(a).** Did IGT NV cause end-users to infringe GC2's copyright with respect to:

Pharaoh's Fortune:    yes ___✓___    no ____

Coyote Moon:    yes ___✓___    no ____

**2(b).** Did IGT NV cause online casino operators to infringe GC2's copyright with

respect to:

Pharaoh's Fortune:    yes ___✓___    no ____

Coyote Moon:    yes ___✓___    no ____

**3(a).** Did DoubleDown cause end-users to infringe GC2's copyright with respect

to:

Pharaoh's Fortune:    yes ___✓___    no ____

Coyote Moon:    yes ___✓___    no ____

**3(b).** Did DoubleDown cause platforms that offer the game to infringe GC2's

copyright with respect to:

Pharaoh's Fortune:    yes ___✓___    no ____

Coyote Moon:          yes ✓          no ____

## DMCA claims

**Please note: The questions set out below are shorthand versions of the full instructions regarding the DMCA claims. In order for you to find a violation of the DMCA, GC2 must prove all of the propositions required for the claim regarding the particular defendant and the particular work.**

In accordance with the instructions for the DMCA claims:

**International Game Technology**

**1(a).** Did International Game Technology commit a violation of the DMCA by knowingly providing false copyright management information in connection with copies, displays, or the public performance of:

Pharaoh's Fortune:  yes ___✓___   no _____

Coyote Moon:  yes __✓__   no _____

If you answered no to both questions, proceed to question 2(a). If you answered yes to one or both questions, proceed to questions 1(b)(1) and 1(b)(2).

**1(b)(1).** The number of violations for Pharaoh's Fortune is: _282_

**1(b)(2).** The number of violations for Coyote Moon is: _414_

**2(a).** Did International Game Technology commit a violation of the DMCA by intentionally removing or altering copyright management information without GC2's authority from:

Pharaoh's Fortune:  yes ___✓___   no _____

Coyote Moon:  yes __✓__   no _____

If you answered no to both questions, proceed to question 3(a). If you answered yes to one or both questions, proceed to questions 2(b)(1) and 2(b)(2).

**2(b)(1).** The number of violations for Pharaoh's Fortune is: _282_

**2(b)(2).** The number of violations for Coyote Moon is: _414_

**3(a).** Did International Game Technology commit a violation of the DMCA by distributing copyright management information knowing that it had been removed or altered without GC2's authority from:

Pharaoh's Fortune:  yes _✓_  no _____

Coyote Moon:  yes _✓_  no _____

If you answered no to both questions, proceed to question 4(a). If you answered yes to one or both questions, proceed to questions 3(b)(1) and 3(b)(2).

**3(b)(1).** The number of violations for Pharaoh's Fortune is: _282_

**3(b)(2).** The number of violations for Coyote Moon is: _414_

**4(a).** Did International Game Technology commit a violation of the DMCA by distributing or publicly performing the following, knowing that the copyright management information had been removed or altered without GC2's authority:

Pharaoh's Fortune:  yes _✓_  no _____

Coyote Moon:  yes _✓_  no _____

If you answered no to both questions, proceed to the next page. If you answered yes to one or both questions, proceed to questions 4(b)(1) and 4(b)(2).

**4(b)(1).** The number of violations for Pharaoh's Fortune is: _282_

**4(b)(2).** The number of violations for Coyote Moon is: _414_

12

**IGT NV**

**1(a).** Did IGT NV commit a violation of the DMCA by knowingly providing false copyright management information in connection with copies, displays, or the public performance of:

        Pharaoh's Fortune:     yes __✔__   no ____

        Coyote Moon:     yes __✔__   no ____

If you answered no to both questions, proceed to question 2(a). If you answered yes to one or both questions, proceed to questions 1(b)(1) and 1(b)(2).

**1(b)(1).** The number of violations for Pharaoh's Fortune is: __282__

**1(b)(2).** The number of violations for Coyote Moon is: __414__

**2(a).** Did IGT NV commit a violation of the DMCA by intentionally removing or altering copyright management information without GC2's authority from:

        Pharaoh's Fortune:     yes __✔__   no ____

        Coyote Moon:     yes __✔__   no ____

If you answered no to both questions, proceed to question 3(a). If you answered yes to one or both questions, proceed to questions 2(b)(1) and 2(b)(2).

**2(b)(1).** The number of violations for Pharaoh's Fortune is: __282__

**2(b)(2).** The number of violations for Coyote Moon is: __414__

**3(a).** Did IGT NV commit a violation of the DMCA by distributing copyright management information knowing that it had been removed or altered without GC2's authority from:

        Pharaoh's Fortune:     yes __✔__   no ____

13

Coyote Moon:      yes __✓__    no ____

If you answered no to both questions, proceed to question 4(a). If you answered yes to one or both questions, proceed to questions 3(b)(1) and 3(b)(2).

**3(b)(1).** The number of violations for Pharaoh's Fortune is: __282__

**3(b)(2).** The number of violations for Coyote Moon is: __414__

**4(a).** Did IGT NV commit a violation of the DMCA by distributing or publicly performing the following, knowing that the copyright management information had been removed or altered without GC2's authority:

Pharaoh's Fortune:      yes __✓__    no ____

Coyote Moon:      yes __✓__    no ____

If you answered no to both questions, proceed to the next page. If you answered yes to one or both questions, proceed to questions 4(b)(1) and 4(b)(2).

**4(b)(1).** The number of violations for Pharaoh's Fortune is: __282__

**4(b)(2).** The number of violations for Coyote Moon is: __414__

**DoubleDown**

**1(a).** Did DoubleDown commit a violation of the DMCA by knowingly providing false copyright management information in connection with copies, displays, or the public performance of:

Pharaoh's Fortune: yes __✓__ no _____

Coyote Moon: yes __✓__ no _____

If you answered no to both questions, proceed to question 2(a). If you answered yes to one or both questions, proceed to questions 1(b)(1) and 1(b)(2).

**1(b)(1).** The number of violations for Pharaoh's Fortune is: __282__

**1(b)(2).** The number of violations for Coyote Moon is: __414__

**2(a).** Did DoubleDown commit a violation of the DMCA by intentionally removing or altering copyright management information without GC2's authority from:

Pharaoh's Fortune: yes __✓__ no _____

Coyote Moon: yes __✓__ no _____

If you answered no to both questions, proceed to question 3(a). If you answered yes to one or both questions, proceed to questions 2(b)(1) and 2(b)(2).

**2(b)(1).** The number of violations for Pharaoh's Fortune is: __282__

**2(b)(2).** The number of violations for Coyote Moon is: __414__

**3(a).** Did DoubleDown commit a violation of the DMCA by distributing copyright management information knowing that it had been removed or altered without GC2's authority from:

Pharaoh's Fortune: yes __✓__ no _____

Coyote Moon:             yes __✓__      no _____

If you answered no to both questions, proceed to question 4(a).  If you answered

yes to one or both questions, proceed to questions 3(b)(1) and 3(b)(2).

**3(b)(1).**  The number of violations for Pharaoh's Fortune is: __282__

**3(b)(2).**  The number of violations for Coyote Moon is: __414__


**4(a).**  Did DoubleDown commit a violation of the DMCA by distributing or

publicly performing the following, knowing that the copyright management information

had been removed or altered without GC2's authority:

Pharaoh's Fortune:       yes __✓__      no _____

Coyote Moon:             yes __✓__      no _____

If you answered no to both questions, proceed to the next page.  If you answered

yes to one or both questions, proceed to questions 4(b)(1) and 4(b)(2).

**4(b)(1).**  The number of violations for Pharaoh's Fortune is: __282__

**4(b)(2).**  The number of violations for Coyote Moon is: __414__


(sign and date the verdict on the next page)