# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

GC2 Incorporated

                           Plaintiff,

v.                                                           Case No.: 1:16–cv–08794

                                                                      Honorable Matthew F. Kennelly

International Game Technology PLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2019:

    MINUTE entry before the Honorable Matthew F. Kennelly: Oral argument heard on DMCA claim in terms of damages. The Court takes jury findings as they exist. The Court finds that the four types of statutory violations existed on a joint and several basis. Judgment to be entered in favor of plaintiff in the amount of $1,740,000.00. Response to motion for injunctive relief to be filed by 3/13/2019; reply to be filed by 3/27/2019. The 2/26/2019 hearing date is vacated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.