# IN THE UNITED STATES DISTRICT COURT
## FOR THE
### NORTHERN DISTRICT OF ILLINOIS

GC2 Incorporated,

Plaintiff(s),

v.

International Game Technology PLC, et al.,

Defendant(s).

Case No.  16 C 8794
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered as follows:

On Count 1 of the Amended Complaint, for direct copyright infringement:

(a)  in favor of Plaintiff GC2 Incorporated ("GC2") and against Defendant International Game Technology ("IGT Parent"), with no damages or profits awarded; and

(b) in favor of Plaintiff GC2 and against Defendant IGT ("IGT NV") in the total amount of $4,122,464.81, which consists of actual damages of $536,677 and profits of $3,585,787.81;

On Count 2 of the Amended Complaint, for direct copyright infringement, in favor of Plaintiff GC2 and against Defendant DoubleDown Interactive LLC ("DDI"), in the total amount of $12,017,709.46, which consists of actual damages of $1,566,272 and disgorgement of profits of $10,451,437.46;

ILND 450 (Rev. 10/13): Judgment in a Civil Action

On Count 3 of the Amended Complaint, for direct copyright infringement, in favor of Plaintiff GC2 and against Defendant Masque Publishing, Inc. ("Masque"), in the total amount of $134,878.74, which consists of actual damages of $53,790 and disgorgement of profits of $81,088.74;

On Count 7 of the Amended Complaint, for vicarious copyright infringement:

(a) in favor of Plaintiff GC2 and against Defendant IGT Parent, rendering IGT Parent liable for the amounts awarded in favor of Plaintiff GC2 against Defendant IGT NV on Count 1 and against Defendant DDI on Count 2; and

(b) in favor of Plaintiff GC2 and against Defendant IGT NV, rendering IGT NV liable for the amounts awarded in favor of Plaintiff GC2 against Defendant IGT Parent on Count 1 and against Defendant DDI on Count 2; and

(c) in favor of Plaintiff GC2 and against Defendant IGT NV, rendering IGT NV liable for the amounts awarded in favor of Plaintiff GC2 and against Defendant Masque on Count 3;

On Count 8 of the Amended Complaint, for vicarious copyright infringement, in favor of Plaintiff GC2 and against Defendant DDI, rendering DDI liable for the amounts awarded in favor of Plaintiff GC2 against Defendants IGT Parent and IGT NV on Count 1;

On Count 9 of the Amended Complaint, for vicarious copyright infringement, in favor of Plaintiff GC2 and against Defendant Masque, with no damages or profits awarded;

On Count 11 of the Amended Complaint, for contributory copyright infringement:

(a) in favor of Plaintiff GC2 and against Defendants IGT Parent and IGT NV, with no damages or profits awarded; and

(b) in favor of Plaintiff GC2 and against Defendant DDI, with no damages or profits awarded;

On Count 12 of the Amended Complaint, for violation of the Digital Millennium Copyright Act in favor of Plaintiff GC2 and against Defendants IGT Parent, IGT NV, and DDI, jointly and severally, in the total amount of $1,740,000;

Dismissing with prejudice Counts 5 and 6 of the Amended Complaint, for copyright infringement against unnamed "Doe" defendants;

Dismissing without prejudice Counts 4 and 10 of the Amended Complaint, for direct copyright infringement against WD Encore Software, Inc., due to the pending bankruptcy of that entity; and

Dismissing with prejudice Count 13 of the Amended Complaint, for violation of the Illinois Consumer Fraud Act.

This action was (check one):

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☐ decided by Judge        on a motion

Date:  2/26/2019                                    Thomas G. Bruton, Clerk of Court


                                                   Pamela J. Geringer, Deputy Clerk