# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

GC2 Incorporated

                              Plaintiff,

v.                                         Case No.: 1:16−cv−08794

                                                        Honorable Matthew F. Kennelly

International Game Technology PLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 29, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Upon defendants' oral motion, execution of the judgment is stayed pending ruling by the Court on defendants' motion for new trial and motion for judgment as a matter of law. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.